# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:96-CR-00022-RLV-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| ROBERTO RAMIREZ LOPEZ, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Unite States' Petition for Remission of Fine (the "Petition"). (Doc. 48). The Petition concerns a fine of $500.00 imposed on Defendant Roberto Ramirez Lopez as part of his sentence for violating 21 U.S.C. § 846 (conspiracy to possess with intent to distribute a quantity of cocaine and marijuana). *See id*; (*see also* Doc. 36 at 1, 4). The United States represents that Defendant was released from the custody of the Bureau of Prisons in August 2000, has been deported or has departed the United States, and that he has no employment, assets, or future interests in monies in the United States such that all reasonable efforts to collect the fine have been unsuccessful. (Doc. 48 at 2). Consequently, the United States moves this Court to remit the unpaid balance of the Defendant's fine. *Id.* The matter is unopposed.

**IT IS, THEREFORE, ORDERED THAT**, pursuant to 18 U.S.C. § 3573(1), any remaining unpaid balance of the fine of $500.00 due and owing the Unites States as a result of Defendant's violation of 21 U.S.C. § 846 is hereby **REMITTED**.

**SO ORDERED.**

Signed: June 21, 2017

Richard L. Voorhees
United States District Judge